↗ Share    🔖 Save    ✏ Suggest Edits    •••





👍❤ William Arnold Tuerke IV, Em Bee and 20 others    5 Comments  4 Shares

↗ **Share**    👤▾

# Dr. Alan McCarthy Cecil County Executive

**Home**

About

Photos

Videos

Events

Posts

Community

Info and Ads

Most Relevant ▾

 **Em Bee** Gorgeous day for a walk along a lovely stream!
1w

**Nicalette Gentry** How can I get information on the best way to go about a stream restoration effort on our farm?
1w                                                        👍 1

**Matt England** Looks like Vernon Horst in that one picture
1w                                                        👍 1

**Dave Wilson** Where is AlfredMiller
3d

**Laura Bouchelle** Is this the Zartler Farm or the Horst Farm?
1w

 **Dr. Alan McCarthy Cecil County Executive**
April 10 at 1:57 PM · 🌐

Those that love reading have everything within their reach.

🖿 Community

✏ Suggest Edits

f **Page Transparency**                              See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏳 Page created - November 2, 2015

**Related Pages**

**Keep Judge Will Davis**
Jobeth Bowers likes this    👍 Like
Politician

**Hacks Point Fire Com...**
Laurie Cullen likes this    👍 Like
Fire Station

 **Bayheads Brewing Co...**
Dan Schneckenburger like...    👍 Like
Brewery

English (US) · Español · Português (Brasil) · Français (France) · Deutsch    ➕

Privacy · Terms · Advertising · Ad Choices ▷ Cookies · More ▾
Facebook © 2019

Exhibit 1

Case 1:20-cv-03010-JRR    Document 1-2    Filed 10/16/20    Page 2 of 2



# Dr. Alan McCarthy Cecil County Executive

**Home**

About

Photos

Videos

Events

Posts

Community

Info and Ads

**Create a Page**

Share    Save    Suggest Edits    ···

## Photos

**Photos**





Harford Cecil Volunteer
Firemen's Association

*Memorial Service*

Hosted By
Singerly Fire Company
March 30, 2019

**Community**    See All

Invite your friends to like this Page

632 people like this

646 people follow this

Marian Mazi Sizemore and 66 other friends like this

**About**    See All

Community

Suggest Edits

**Page Transparency**    See More