

**Dr. Alan McCarthy Cecil County Executive** is with Scott Adams.
December 1 at 9:54 AM · 🌐

It was an honor to celebrate the Cecil County Sheriff's Office with Scott Adams at the Annual Award Gala. I'm proud of the hard work and devotion from our County's Sheriff office. Thank you for making the County safe!

👍❤️ 41                                          1 Comment  4 Shares

↪ Share

Most Relevant ▼

Carolyn Blevins Hey Vince this is a great picture dont u think
1w

Exhibit 2