# CECIL COUNTY GOVERNMENT COMMUNICATION PLAN

## July 2018



Exhibit 3

# ACKNOWLEDGEMENTS

This communication plan was prepared by:

Jennifer Lyall
Dr. Carl Roberts

**Cecil County Executive**
Dr. Alan J. McCarthy

**Director of Administration**
Al Wein

**Cecil County Council**
Joyce Bowlsbey, President
Dan Schneckenburger, Vice President
George Patchell
Bob Meffley
Jackie Gregory

Adopted:
07/18/2018

## TABLE OF CONTENTS

Executive Summary ...........................................................................................4

Summary ...........................................................................................................5

Introduction.......................................................................................................7

Who Is Our Audience And How Do We Communicate With Them ......................8

County's Communication Organization ...............................................................9

Authorization on the Dissemination of Information............................................11

The Use of County Logos and Graphics.............................................................12

Social Media Technology & Its Role in Cecil County Government .....................13

Social Media Policy .........................................................................................14

Dos and Do Nots for Social Media....................................................................17

Requests For Information ..................................................................................19

Public Information Request Form.......................................................................20

Public Information Request Instructions ............................................................21

Closings and Inclement Weather .......................................................................24

Municipalities Contact Information....................................................................25

Summary ..........................................................................................................27

## EXECUTIVE SUMMARY

Cecil County Government's mission is to enhance the health, education, safety, economic well-being and quality of life for all citizens by providing public services in a fiscally responsible and efficient manner. The County will operate in a way that is worthy of public trust and respectful of our rural heritage. The County embraces innovation, diversity and collaboration in meeting citizen and community needs. County government recognizes its stewardship role and strives to:

- Do what is right
- Work as a team
- Get results

Encouraging meaningful participation requires collaboration, excellence, citizen involvement, integrity and leadership. A communication plan should complement these values while remaining transparent, coordinated, timely, accurate, and flexible as well as ever evolving.
In 2016, as a part of a transition plan, the newly elected County Executive asked for a focus on public information and customer service efforts to better communicate with and serve the community. The Cecil County Maryland 2014-2019 Strategic Plan identified a need for a structured communication process. The expectations of our citizens for immediate information and opportunities for input consistent with advances in technology, a continued desire to better coordinate County government's messages and stories, as well as present a cohesive identity to the public were recognized. The result of these plans led to the hiring of the County's first-ever public information officer in the fall of 2017.

This plan serves as a roadmap to help respond to these expectations.



## SUMMARY

- The County's approach to public communications is grounded in its mission statement and input from the County Executive and Administration, County Council Members, internal department leaders and staff and community partners.

- The vision, mission strategies and action steps reflect the County's core values, structure and modern methods of communicating, comprising a framework for a public communications program to be implemented within the coming year.

- The audience for Cecil County Government news is anyone who lives, works, recreates in the County. Community members largely receive their news about Cecil County Government through print media and online sources. Our scope also includes surrounding communities and prospective businesses that have potential to collaborate with or make Cecil County their home.

**Vision**
Increase public awareness, community engagement and build trust through effective communication.

**Mission**
Provide timely, accurate, coordinated information strategically through multiple mediums.

**Strategy**
Build a sustainable framework and expand outreach to the public and media. Be more proactive and less reactive.

- Cecil County uses a variety of methods to communicate to the media and directly to the public. Electronics methods have expanded through increased use of the website and social media, yet there is still a diversity of preferences on how people like to receive their information.

- The County has a department-centric system of managing public communication. Increased coordination was recently initiated to maximize resources and efficiency. Improvements include a centralized approach to distributing press releases and social media posts through the Public Information Officer and the Office of Administration.

- Public agencies, including Cecil County Government, continuously investigate the best means of effectively harnessing the power of social media to serve the community. Cecil County Government currently maintains twelve (12) Facebook pages with over 15,000+ "likes" combined and five (5) Twitter accounts with 3,000+ "followers" in total.

- Key goals of this communication plan include:

    o Formalize and centralize coordination for consistency and transparency;
    o Deploy a consistent image through use of the County logo & other branding techniques;
    o Develop a training program to enhance staff communication skills by department;
    o Develop methods to support specific, targeted communication initiatives including potentially controversial topics;
    o Proactively build community relationships and enhance community partnerships;

- o **BONUS: Achieve and maintain a positive perception of Cecil County Government.**

- There are three strategies, with action steps and detailed tasks, resulting in a work plan for Cecil County's communication efforts over the next several years. The actions and tasks are not static and will adapt as circumstances and technologies change.
  - o Build a sustainable communications framework.
    - Centralize communications coordination and develop policies.
    - Provide ongoing communications training.
    - Coordinate County logo and use for unified portrayal of County government.
  - o Expand the County's reach.
    - Bolster traditional channels.
    - Use new media technologies.
    - Continue website revision and develop strategy for www.ccgov.org.
  - o Develop proactive communication.
    - Support and plan for targeted communications projects.
    - Enhance direct communication and partnership with the community.

## INTRODUCTION

Cecil County's mission is to provide a place of opportunity for all: economic vitality, quality education, and safe communities.



To encourage participation requires focus on what, how, when and where we communicate so we can inform, educate and engage our community members. The need for this focus is more critical now than ever. Local government seeks to continue to create partnerships and assistance with our community to sustain important services and ensure that we continue to thrive. Effectively explaining changes in services and engaging community members to help find solutions is critical in this climate.

There is growing demand for prompt, coordinated and accurate communications, delivered through more contemporary channels, following advances in technology. The rise of social media and mobile devices has raised public expectations for immediate access to information as well as opportunities for feedback and input.

Everyone within county government must be made aware of and trained so compliance with these expectations is assured. Those external to County government requesting information must be instructed on how to obtain information.

This plan serves as a roadmap to address these challenges.

This communication plan is based on contributions and insights from multiple sources including:

- County Executive
- Administration
- Council members
- Department heads
- Leaders of Cecil County community partner organizations
- The State of Maryland and other local governments

## WHO IS OUR AUDIENCE AND HOW DO WE COMMUNICATE WITH THEM?

In the broadest sense, our audience for public information is anyone who lives, works or recreates in Cecil County. Much of the County's information is generated to inform residents, community organizations, businesses and other government entities, or media that serve these groups. This represents a diverse group of people with varying needs and interests in the services of County government.

Our community obtains information from us through emails, online sources and news releases. When it comes to the platform of choice, the web is gaining ground rapidly, while print media is no longer the primary medium of choice. More recently, a shift to social media as an immediate source has become prevalent.

The County communicates through the media and directly to the public through a range of methods:

- **County website**: In October 2016, Cecil County's newly designed website went live at: www.ccgov.org
- **Email distributions**: Emails are distributed to a designated media contact list which includes local and regional newspaper publishing companies, radio and television stations, Maryland Association of Counties, Maryland Transportation Authority, Cecil County Public Schools, Cecil County Public Library, Cecil County Health Department, the County Executive, Director of Administration, all Council members, the Council Manager, administrative offices for local municipalities
- **Email subscriptions**: The public can sign up to receive an email alert whenever a press release is submitted to the media and/or posted on the County website.
- **Facebook**
- **Twitter**
- **Instagram**
- **Video**: Council legislative meetings are video recorded and posted to the County website through a central Vimeo account.
- **Audio**: Council work sessions are audio recorded and posted to the County website.

## COUNTY'S COMMUNICATION ORGANIZATION

Cecil County Government will coordinate distribution through the Public Information Officer (PIO). The PIO will serve as a messenger of communication for both Executive and Legislative branches of Cecil County Government, including all County departments and divisions.

Previously, departments largely produced and distributed their own pubic information independently of one another by electronic distribution, through the website and/or email.

The PIO is now available to write press releases for all departments. Because of the specialized nature of the content, many departments may opt to continue to write their own press releases; **however**, ALL press releases MUST now be distributed through the public information office, as approved by the Office of Administration.

All media requests including newspapers, television, radio, etc. will be routed through the PIO's office.

To remain informed and abreast of current events within the County, the PIO will regularly attend Executive and Administrative Office meetings, Council work sessions and legislative sessions, department meetings, committee gatherings, special events and other opportunities that provide pertinent information.

It is important to keep the PIO informed in regards to all information that is intended to be disseminated to the public. In doing so, consistency and timeliness of responses will be improved as emails, phone calls, social media comments, etc. are received by the PIO.

Steps to distribute a press release or social media post:
- Department representatives should write release/post or request that the PIO write release/post.
- Inform PIO of need/timing and which channels of distribution are requested.
- Provide release, information, graphics/images/pics to PIO.
- PIO will review and discuss, as required, with the Director of Administration.
- Release/post will be distributed.

*Sample press release:*



## AUTHORIZATION ON THE DISSEMINATION OF INFORMATION

The primary responsibility of a PIO is to provide information to the public and media as necessary and deemed appropriate and to meet the legal requirements of the organization.

The Public Information Officer has the authority to distribute information on Cecil County Government related issues including:

- Press Releases

- Closings/Delays

- Emergency Notifications

- Information Technology Security Breaches (that may affect the public domain)

- Organizational and Departmental Public Relations


The PIO will maintain, or be granted access, to all County websites and content management systems and social media accounts for the purposes of disseminating or obtaining information.

If at any time, the content or context of the information or situation at hand is of a questionable nature that adversely affects the administration or staff or hinders the regular functions of Cecil County Government, the PIO will defer to the Director of Administration.

## THE USE OF THE COUNTY LOGO AND GRAPHICS

Whenever possible, the County will continue to "brand" our image with the County logo. Departments with more "public facing" services and missions have created unique brands and graphic identities. These images are helpful for the public to identify a particular service as it related to Cecil County Government. Some of these images include:

   

   

Logos will be used as often as possible as well as pics, graphics, tables and/or charts to accompany news releases and social media posts. The intent of incorporating the logos used by the County is to provide a common and unifying identifier for the public.

Departments/Divisions **must** have all logos approved by the Office of Administration before being used in a public forum/format. New ideas for logos should be presented to the Public Information Officer, who will then confer with the Director of Administration (and possibly presented to the County Executive and Council) for approval.

The Cecil County Seal should NOT be used by any agency outside of Cecil County Government without permission from the County Executive or the Office of Administration.

## SOCIAL MEDIA TECHNOLOGY & ITS ROLE IN CECIL COUNTY GOVERNMENT

Social media has created a new electronic forum through which people can interact socially. According to Merriam-Webster, social media refers to various "forms of electronic communication through which users create online communities to share information, ideas, personal messages and other content."

Public agencies, including Cecil County, continue to investigate the best means of effectively harnessing the power of social media to better serve the community. The use of social media has become ubiquitous with every demographic adapting to its use. Cecil County Government's intent is to build a better community and open up the channels of communication through technology interaction.

Social media websites like Facebook and Twitter, provide information, but also facilitate interaction. This engagement can be as simple as asking a user for comments or to participate in an online survey to obtain feedback on a website.

The Director of Administration and the Human Resources Office, in conjunction with the Director of Information Technology and the Public Information Officer, updated the social media policy for Cecil County Government in 2018, which will be incorporated into the Personnel Policies & Procedures Manual.

## SOCIAL MEDIA POLICY

**Personal Usage:**
The County respects and honors the First Amendment rights of its employees to speak out as citizens on matters of public concern and to post materials, comments or information on the internet or social media sites. However, a County employee, whose social media or internet postings disrupt the County's ability to provide effective and efficient services to the public, or interfere with the County's operations or security, may be disciplined, up to and including termination, for such comments or postings.

Employees shall expect that any information created, transmitted, downloaded, exchanged or discussed in a public online forum may be accessed by the County or other authorities at any time without prior notice. Any speech or image created as an alias or fake persona does not relieve nor shield the employee of any Cecil County policy. An exception may be made for work required of law enforcement activities.

Personnel should be mindful that their speech becomes part of the worldwide electronic domain. Therefore, adherence to the County's personnel policies is required even in your personal use of social media. In particular, County personnel are prohibited from the following:
- Speech or images containing vulgar, obscene, or sexually explicit activity or language
- Speech or images that ridicule disparage or otherwise express bias against any race, any religion, or any protected class of individuals
- Speech or images that reflect behavior that would reasonably be considered reckless or irresponsible
- Speech or images that reflect negatively on the County; and,
- Discussion of sensitive, confidential, proprietary or classified information

Examples of social media or online postings which are inappropriate and for which an employee may be disciplined include, but are not limited to, posts or comments that:
- Impair the performance of your duties;
- Impair discipline and harmony among coworkers;
- Impair working relationships of the County
- Interfere with County business or operations;
- Disclose confidential or sensitive information; or,
- Negatively affect the public perception of the County.

The employee shall be aware of their association with the County in online social networks. The employee shall assume that his/her speech and related activities on social media sites will reflect upon the County. The employee shall not post, transmit, or otherwise disseminate any information to which they have access as a result of their employment unless it is already public information. The employee shall ensure their profile and related content is consistent with the public trust associated with the position and consistent with County and department personnel policies.

The employee is prohibited from posting department logos, uniforms, or anything else identifying the department of County on a social media site or web page in a manner that reflects poor judgment or unprofessional behavior.

The employee shall be aware that you may be subject to civil liability for:
- Publishing or posting false information that harms the reputation of another person, group or organization;
- Publishing or posting private facts and personal information about someone, without their permission, that has not been previously revealed to the public, is not of legitimate public concern and that would be offensive to a reasonable person;
- Using someone else's name, likeness or other personal attributes for an exploitative purpose and without that person's permission; or,
- Publishing, without the permission of the owner, the creative work of another, trademarked work or certain confidential business information.

The employee shall be aware that the privacy settings on social media sites are constantly in flux, and shall never assume that information posted on such sites is private or protected. Moreover, social media and internet usage shall never be considered anonymous.

**Usage on Behalf of County Business:**
The decision to utilize social media technology is a business decision, not a technology based decision. It must be made at the appropriate level for each department, considering its mission, objectives, capabilities, and potential benefits. The County expects all who participate in social media on behalf of the County, to understand and to follow these guidelines:
1. Professional expectations and guidelines for interacting with fellow employees, external customers and the media apply. Employees are responsible for anything posted to social media sites, especially as it applies to the County.
2. Protect confidential and proprietary information: Do not post confidential or privileged information about the County or its employees. Employees must still follow applicable Federal and State requirements. Adhere to all applicable County privacy and confidentiality policies including, sexual harassment, and discrimination and employee privacy. Employees who share confidential or privileged information do so at the risk of disciplinary action, which can include termination.
3. Respect copyright and fair use: When posting, be mindful of the copyright and intellectual property rights of others.
4. Do not use the copyrighted County seal or department logos for endorsements. Do not use the copyrighted County seal or any other County images or iconography on personal social media sites. Do not use the County to promote a product, cause, political party or candidate.
5. Misuse of social media and prohibited activities include, but are not limited to:
    a. Sending/responding to private messages that are not related to County business;
    b. Engaging in vulgar or abusive language, personal attacks of any kind, or offensive terms targeting individuals or groups;
    c. Endorsing commercial parties, candidates, or groups;
    d. Endorsing political parties, candidates, or groups;
    e. Lobbying; and/or;

15

f.  Posting photos or videos that are not related to the mission of the County or its entities.

**Government Social Media** – If you post on behalf of the County, the following policies must be adhered to, in addition to all policies and best practices listed above:

- Departments that would like to join social networks should contact the Public Information Officer to ensure coordination with other County sites and their content.
- If you are representing the County when posting on a social media platform, acknowledge who you are.
- Ensure that your agency sanctions official participation and representation on social media sites.
- Respect proprietary information, content, and confidentiality.
- Participation must comply with the County's Personnel Policies & Procedures Manual.

**DOs & DO NOTs for Social Media**:

DO post all press releases.

DO promote County events.

DO update closings, schedule changes, emergency notices as they pertain to the County.

DO respond with information that will assist the public in getting answers to questions.

DO remain neutral in terms of political viewpoints.

DO provide links to www.ccgov.org (and specific department pages) whenever possible.

DO utilize common hashtags on ALL posts for search engine optimization (SEO) purposes.

DO NOT engage in negative or argumentative banter.

DO NOT represent the County in any derogatory manner.

DO NOT tag specific people on posts.

DO NOT allow anyone to post directly to our pages. We control content on our sites.

DO NOT use foul language.

DO NOT delete comments unless severely obscene *(1st Amendment – Freedom of Speech)*

**CURRENT FACEBOOK ACCOUNTS:**

Cecil County Government

Cecil County Animal Services

Cecil County Animal Services Volunteer Page

Cecil County Agriculture & Farmers' Market

Cecil County Historic District Commission

Cecil County Housing & Community Development

Cecil County Office of Economic Development

Cecil County Parks & Recreation

Cecil County Tourism

Cecil Transit

Volunteer Cecil

**CURRENT TWITTER ACCOUNTS:**

Cecil County Government

Cecil County Office of Economic Development

Cecil County Parks & Recreation

Cecil County Tourism

Volunteer Cecil

Cecil County Department of Emergency Services

*From Cecil County Government Facebook Page:*

*DISCLAIMER STATEMENT: This Facebook Page is a public resource provided by Cecil County Government. It is intended to provide timely information about programs, services and activities of Cecil County Government and affiliated organizations. All comments, opinions, advice, statements or other information communicated or contained in any messages posted or transmitted by a third party are the sole responsibility of the author of that particular message, and do not represent the opinion of Cecil County Government. Cecil County Government disclaims all responsibility, and will not be held responsible, for the comments, opinions, advice, statements, views, or position of individuals, connected or otherwise, posted to the Cecil County Facebook Page.*

*Cecil County Government reserves the right to monitor and remove any content at any time for any reason at its sole, subjective discretion. Comments, opinions, advice, statements, discussion posts, wall posts, and any other user-generated content that is deemed inappropriate by Cecil County Government will be removed from the page. Advertisements posted without the advance written approval of Cecil County Government will be deleted.*

*Cecil County Government expressly prohibits, and will remove, comments, opinion, advice, position, statement, or material that is:*

1. *Abusive, defamatory or obscene*
2. *Fraudulent, deceptive or misleading*
3. *In violation of any intellectual property right of another*
4. *In violation of any law or regulation, or otherwise offensive*

*If an individual continually posts prohibited or offensive material, the Cecil County Government may exercise its right to block that individual from posting content onto the Cecil County Facebook Page.*

*Any user that has an objection to a post may contact the Public Information Officer at 410-996-8454. Please contact the Cecil County Government Facebook Page Administrator directly, instead of posting on the page.*

## REQUESTS FOR INFORMATION

The public is encouraged to contact Cecil Government for information that will assist in personal or business planning, provide critical information to influence decisions or to satisfy personal interest.

The first source that will provide information answering most inquiries is on the Cecil County Government website: www.ccgov.org

General inquiries can be made to the Office of Public Information through Ms. Jennifer Lyall, Public Information Officer at jlyall@ccgov.org or 410-996-8454.

The most common areas of inquiry:

- Office of the Administration

- Community Services
    - Aging & Disability, Community Services, Transit, Volunteer Services

- Department of Land Use & Development
    - Planning & Zoning, Permitting, Development Services, Fees

- Emergency Services

- Finance Department
    - Property Taxes, Budget

- Parks and Recreation
    - Parks Information, Recreation Programs, Fees

- Public Works
    - Roads, Solid Waste, Stormwater Management, Wastewater

- Sheriff's Department

Formal requests for information regarding the operation of Cecil County Government should be provided in writing to Jason Allison, County Attorney: countyattorney@ccgov.org

Cecil County Government promotes a customer service philosophy seeking to respond to inquiries in a timely and accurate manner. Please be encouraged to complete the satisfaction survey link to share your view of our services: www.surveymonkey.com/r/CCGCustomerService

**PUBLIC INFORMATION REQUEST FORM**

**Contact/Return Form to:**    Angela Vaca
                               Office of the County Executive
                               200 Chesapeake Blvd., Suite 2100
                               Elkton, Maryland 21921
                               Phone: 410-996-5202
                               Fax: 410-996-1014
                               Email: avaca@ccgov.org

DATE OF REQUEST: _____

NAME OF REQUESTOR:
_____

COMPANY:
_____

ADDRESS:
_____

CITY:_____ STATE: _____ ZIP: _____

PHONE NUMBER: _____ EMAIL: _____

I hereby request, under Maryland's Public Information Act (PIA), State Government Article Section 10, of the Annotated Code of Maryland, _____to review  and/or _____have copies made of the requested documents. (Check how you wish to review your PIA.)

I REQUEST THE FOLLOWING PUBLIC RECORD/S (please be specific):

REQUESTOR'S SIGNATURE: _____

20

Revised 10/01/2015



Cecil County Executive Office
Cecil County, Maryland
200 Chesapeake Blvd., Suite 2100
Elkton, Maryland  21921

## PUBLIC INFORMATION REQUEST INSTRUCTIONS

A Maryland Public Information Act (MPIA) request grants the right to review available records that are disclosable and to obtain copies of those records.  The MPIA does not require the County to answer informational questions or to create a record to satisfy a request.  In some instances, the County will be able to respond to your request immediately. For requests that require searching for public records, it may take longer to respond to your inquiry. Your request to access public information will be handled in a timely manner; if it will take more than ten (10) working days to produce responsive records, then notice will be provided to you in writing or by email within ten (10) working days of receipt of your request telling you how much time it will take to produce the record, the reason for the delay, and an estimate of the range of fees that might be involved in producing the record.   Please note, however, that the State of Maryland allows up to thirty (30) days to actually provide the documents that respond to your request.  Please also note that, if a fee is charged, the MPIA allows the County to charge a "reasonable fee" for copies of records.  The County may also charge a reasonable fee for searching for a public record.  This charge may include the time required for locating and reviewing the record.  The first two hours of search time are free, but an extensive search may prove time consuming and, therefore, expensive.

The MPIA permits the County to assess a charge for the search, preparation and reproduction of a public record to be made available for inspection.  There is no charge for the first two (2) hours of agency research related to MPIA requests; however, after the first two (2) hours, costs and fees will be based on each staff member's salary and actual time attributable to the County's response, including attorney review costs.   In accordance with the MPIA, copies of the records will be provided to the applicant upon payment of an additional fee of $0.25 per page.   In situations where a request is not voluminous, in the exercise of the sole and exclusive discretion of the Director of Administration on behalf of the County, the standard $0.25 per page copying fee may, but is not required to be, waived.  Such a waiver should not be construed as having any

precedential effect, and the applicant should note that such a waiver will, if granted, be without prejudice to the County's right to impose charges for reproduction of records in the future, to be determined on a case-by-case basis. The applicant will be notified in advance of the disposition of a waiver request and copying cost before copies are made. Requests that involve email transmissions or electronic archives require the County to engage in a computer search and restoration and analysis process through the Cecil County Department of Information Technology. Such a request may result in the disclosure of a significant number of duplicate documents, as sent to multiple addressees. As with paper documents, all email transmissions and electronic archives must be reviewed in order to determine which records may properly be disclosed, which are subject to privilege and withholding under one or more of the exception to disclosure set forth in the MPIA, and which are positively required to be withheld from disclosure pursuant to the MPIA. The County will cause an e-discovery search and analysis to be performed upon request; if the applicant chooses to do so, then the County will develop an estimate of the administrative cost which will be incurred in order to comply with the request.

To offer the most efficient customer service, the County requires payment for any estimated amount due before the work is performed. The search, preparation and copying process will begin upon receipt of the total estimated fee. If the actual fee differs from the estimate, the fee will be adjusted accordingly, and you will receive an additional bill or refund as appropriate.

Please make your money order or check payable to "Cecil County, Maryland" and send the completed request, together with payment to:

AngelaVaca
200 Chesapeake Blvd., Suite 2100
Elkton, Maryland 21921
Phone: 410-996-5202
Fax: 410-996-1014
Email: avaca@ccgov.org

You may also hand-deliver the completed request and payment. The County does not accept cash through the mail, credit cards, or PayPal. Requests can be received only when the County is open. Upon receipt, the County will perform a preliminary assessment of your request to determine if the County is the appropriate custodian of the records. The County will also review the request for completeness. If the County does not receive your payment within thirty (30) calendar days from the date of our reply, it will presume that you are no longer interested in pursuing your request and close the file accordingly. To obtain the documents, you must submit a new request. Persons who disagree with any response to a PIA request may seek review of the decision in accordance with *Md. Code Ann., General Provisions Article, § 4-1A-05 et seq...* Comments or questions may be directed to: awein@ccgov.org

Exceptions to disclosure of certain records are set forth in the MPIA.  In particular:

1. Certain records produced in response to a request may consist of confidential communications and memoranda between County officials and legal counsel, and thus are subject to the attorney-client privilege and protected from disclosure as a privileged or confidential record.
2. Certain records produced in response to a request may constitute intra-agency memoranda and thus are protected from disclosure as contrary to the public interest.
3. Certain records produced in response to a request may constitute confidential business and financial information and thus are protected from disclosure as contrary to the public interest.
4. Based upon the results of any review of the County's electronically maintained records, one or more of such records may also be subject to protection from disclosure under the MPIA.

Please note that the applicant is entitled to an administrative and/or judicial review of decisions to deny access.  See, *Md. Code Ann., General Provisions Article, § 4-1A-05 et seq.*  Notice of any such determination will be provided to the applicant as and if such a determination is made.

## Departmental Use Only *(Do NOT Write Below This Line)*

DISPOSITION OF REQUEST

☐ Approved

☐ Denied — Reason:

*You may seek judicial review of this response pursuant to Md. Code Ann., State Gov't. Article 10-623*

Signature: _____   Date: _____

   Alfred C. Wein, Jr., Director of Administration

Amount Paid:  $_____   Date Paid: _____   Check #: _____

Amount Due:  $_____   Date Paid: _____   Check #: _____

Date Picked Up:

23

## CLOSINGS & INCLEMENT WEATHER

**Cecil County Administration Building and Government Offices**
- The Director of Administration and Chief of Emergency Services will confer to make the determination for employees*
- Closings should be posted on the County website
- Closings are also posted to Cecil County Government Facebook and Twitter accounts

*\*__Essential Employees__ must report based on determination of their director. Definition of 'essential employees' varies by department and those deemed essential are notified in advance of a weather related event.*

It is the goal of the Administration to make decisions regarding inclement weather delays or closings by 5AM. In some instances, decisions may be made in advance.

**The Department of Community Services and Parks & Recreation, due to their daily interactions with the public, require special exceptions for closings:**

**Elkton Center/55+ Healthy Lifestyles Fitness Center** – Follows Cecil County Public Schools schedule in that if schools are closed or opening late due to inclement weather, the Elkton Center is closed.
- Closings should be posted to main page of website, Elkton Center & Fitness Center pages
- Closings is also posted to Cecil County Government Facebook and Twitter accounts

**Cecil Transit** – Updates and altered schedules are reported to the PIO and the Computer Applications Specialist (IT) via email, text or phone call from the Transit Chief.
- Closings should be posted to main page of website and home page of Cecil Transit
- Closings are also posted to Cecil County Government & Cecil Transit Facebook and Twitter accounts

**Parks & Rec** – Updates and altered schedules are reported to the PIO and the Computer Applications Specialist (IT) via email, text or phone call from Parks & Rec.
- Closings should be posted to main page of website and home page of Parks & Rec
- Closings are also posted to Cecil County Government & Parks & Rec Facebook and Twitter accounts

Once a determination is made, the Public Information Officer will have notices posted in the designated locations listed above for the administrative building and offices.

A member of the Department of Emergency Services staff will notify department heads via group text, automated call and group email, as well as on designated social media sites.

## MUNICIPALITIES CONTACT INFORMATION
*updated: 7/12/2018*

**Elkton**
410-398-0970
Mayor Rob Alt: robert.alt@elkton.org
Lewis George, Town Administrator
100 Railroad Ave.
Elkton, MD 21921
www.elkton.org

**North East**
410-287-5801
Mayor Robert McKnight
Melissa B. Cook-MacKenzie, Town Administrator
106 South Main St., PO Box 528
North East, MD 21901
www.northeastmd.org

**Rising Sun**
410-658-5353
Mayor Travis Marion: MayorMarion@RisingSunMD.org
Town Administrator Calvin Bonenberger, Jr.: tabonenberger@ RisingSunMD.org
1 East Main St.
Rising Sun, MD 21911
www.risingsunmd.org

**Perryville**
410-642-6066
Mayor Robert Ashby, Jr.
Town Administrator Denise Breder: dbreder@perryvillemd.org and cell: 443-807-6530
515 Broad Street, PO Box 773
Perryville, MD 21903
www.perryvillemd.org

**Charlestown**
410-287-6173
Town Administrator Wilbur 'Wib' Pumpaly: townadmin21914@comcast.net
241 Market St., PO Box 154
Charlestown, MD 21914
www.charlestownmd.org

## MUNICIPALITIES CONTACT INFORMATION *(continued)*
*updated: 7/12/2018*

**Cecilton**
410-275-2692
Mayor Joseph Zang: mayor@ceciltonmd.gov or jzang@ceciltonmd.gov
Town Administrator Mary Cooper: marycooper@ceciltonmd.gov
117 West Main St., PO Box 317
Cecilton, MD 21913
www.ceciltonmd.gov


**Chesapeake City**
410-885-5298
Mayor Rich Taylor: r.taylor@chesapeakecity-md.gov
108 Bohemia Ave.
Chesapeake City, MD 21915
www.chesapeakecity-md.gov


**Port Deposit**
410-378-2121
Mayor Wayne Tome: townhall@portdeposit.org
Town Administrator Vicky Rinkerman: vrinkerman@portdeposit.org
64 S Main Street
Port Deposit, MD 21904
www.portdeposit.org

## SUMMARY

The Cecil County Government Communication Plan is a continuous work in progress. As communication strategies and technologies change, so will our approach to disseminating information. New ideas and suggestions are always welcome and should be made to the Director of Administration and the Public Information Officer.

It is our goal to provide the community, including our employees, with accurate and timely information in the most effective ways possible.

Contact:
Jennifer Lyall
Public Information Officer
jlyall@ccgov.org
410-996-8454 (office)
443-553-0352 (cell)