

Exhibit 4



