**Vincent S. Sammons**

| | |
|---|---|
| **From:** | Jason Allison <JAllison@ccgov.org> |
| **Sent:** | Tuesday, May 19, 2020 12:58 PM |
| **To:** | Vincent S. Sammons; James Massey |
| **Cc:** | Council Admin; Jacqueline Covey; Alfred Wein; Deborah Sniadowski; Brian F. Miller |
| **Subject:** | RE: Budget hearing / Silenced |

No.  What I'm doing is blocking you now from further communication via email.  You can do what you want, consequences be damned.  That's up to you.  I could care less.  What I'm not going to do is engage in a harassing course of discourse with you any longer.  You have the right to communicate with County government.  Your right is now restricted to paper and pen writing delivered via USPS.  Your choice Sir.  Bye bye.b

*Jason L. Allison*

Jason L. Allison, Esquire
County Attorney
Cecil County, Maryland
200 Chesapeake Blvd., Suite 2100
Elkton, Maryland 21921
PH:   (410) 996-8303
FAX:  (800) 863-0947
jallison@ccgov.org
Member, Maryland Bar





*"A [citizen] is the most important visitor on our premises, he is not dependent on us.  We are dependent on him.  He is not an interruption in our work.  He is the purpose of it.  He is not an outsider in our business.  He is part of it.  We are not doing him a favor by serving him.  He is doing us a favor by giving us an opportunity to do so."  -- Mahatma Gandhi*

The information in this message, and its attachments, is confidential and is covered by the attorney-client and attorney work product privileges.  This information is intended solely for the use of the individual(s) to whom this message is addressed.  You are hereby notified that any other use, dissemination, distribution, retention, or copying of this message is strictly prohibited. Please notify the sender immediately and delete this message if delivered to you in error.

**From:** Vincent S. Sammons <VSammons@VSSBusinessSolutions.com>
**Sent:** Tuesday, May 19, 2020 12:53 PM

Exhibit 6

1

**To:** Jason Allison <JAllison@ccgov.org>; James Massey <JMassey@ccgov.org>
**Cc:** Council Admin <CouncilAdmin@ccgov.org>; Jacqueline Covey <jcovey@chespub.com>
**Subject:** RE: Budget hearing / Silenced

**CAUTION:** This email originated from outside of Cecil County IT Network Systems.  **Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe.  Report any suspicious activities to the IT Department.

Are you trying to threatening me for trying to file a complaint? Really?

Seems you are the only one making this political. I simply wanted to file a complaint.

Thank you,
Vincent S. Sammons
Phone: (610) 910-4018
Fax:     (410) 670-8310

This message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, print or disclose to anyone the message or any information contained in the message. If you have received this email in error, please advise the sender by reply and delete the message. Thank you for your cooperation.

**From:** Jason Allison <JAllison@ccgov.org>
**Sent:** Tuesday, May 19, 2020 12:47 PM
**To:** Vincent S. Sammons <VSammons@VSSBusinessSolutions.com>; James Massey <JMassey@ccgov.org>
**Cc:** Council Admin <CouncilAdmin@ccgov.org>; Jacqueline Covey <jcovey@chespub.com>
**Subject:** RE: Budget hearing / Silenced

Do what you think you have to do.  I have no issue with that … your motive and integrity are other issues.  If want to take this to war, I'll engage in you in war.  You obviously have a tin ear, and are determined to put partisan politics over the best interests of our community.  I'll be sure to make these communications public Vincent – its clear that you could care less about "We The People" and you are more invested in your personal agenda.  So be it.   At this point, I'm going to advise IT to block you from all communication with County agencies.  You're adversarial, and have a litigious agenda.  You have freedom of expression, but it will be via pen and paper, USPS, and not in harassing email to myself or other County officials.  Best regards.

*Jason L. Allison*

Jason L. Allison, Esquire
County Attorney
Cecil County, Maryland
200 Chesapeake Blvd., Suite 2100
Elkton, Maryland 21921
PH:   (410) 996-8303
FAX:  (800) 863-0947
jallison@ccgov.org
Member, Maryland Bar

  

*"A [citizen] is the most important visitor on our premises, he is not dependent on us.  We are dependent on him.  He is not an interruption in our work.  He is the purpose of it.  He is not an outsider in our business.  He is part of it.  We are not doing him a favor by serving him.  He is doing us a favor by giving us an opportunity to do so."  -- Mahatma Gandhi*

The information in this message, and its attachments, is confidential and is covered by the attorney-client and attorney work product privileges.  This information is intended solely for the use of the individual(s) to whom this message is addressed.  You are hereby notified that any other use, dissemination, distribution, retention, or copying of this message is strictly prohibited. Please notify the sender immediately and delete this message if delivered to you in error.

**From:** Vincent S. Sammons <VSammons@VSSBusinessSolutions.com>
**Sent:** Tuesday, May 19, 2020 12:39 PM
**To:** Jason Allison <JAllison@ccgov.org>; James Massey <JMassey@ccgov.org>
**Cc:** Council Admin <CouncilAdmin@ccgov.org>; Jacqueline Covey <jcovey@chespub.com>
**Subject:** RE: Budget hearing / Silenced

CAUTION:  This email originated from outside of Cecil County IT Network Systems.  **Reminder:**  DO NOT click links or open attachments unless you recognize the sender and know that the content is safe.  Report any suspicious activities to the IT Department.

Jason,

I am not sure what this email is all about. All I want is to have my complaint filed with the county. Not to talk politics.

When I did not get any response, I looked to you as the County Legal Counsel to give the departments notification to respond to my complaint.  The only "anger", if you wish to call it that, was the frustration that you brought other factors into the conversation that were not relevant - as you did in this additional response.  You should try to keep this professional and not personal.

You answered my questions adequately in the previous email correspondence.  I will follow up with the state in the areas you fail to have jurisdiction.

Thank you,

Vincent S. Sammons

Phone: (610) 910-4018

Fax:      (410) 670-8310

This message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, print or disclose to anyone the message or any information contained in the message. If you have received this email in error, please advise the sender by reply and delete the message. Thank you for your cooperation.

**From:** Jason Allison <JAllison@ccgov.org>
**Sent:** Tuesday, May 19, 2020 11:38 AM
**To:** Vincent S. Sammons <VSammons@VSSBusinessSolutions.com>; James Massey <JMassey@ccgov.org>
**Cc:** Council Admin <CouncilAdmin@ccgov.org>; Jacqueline Covey <jcovey@chespub.com>
**Subject:** RE: Budget hearing / Silenced

Mr. Sammons:

I have never done this before, and I'll likely never do it again. I'm sending this because I receive and understand your anger and frustration with the state of our Country, from the federal level down to the State, to the County, to the municipalities. Although we disagree on certain issues, we're both citizens here, and we have to co-exist. I'm a father of two young sons, just as you are likely a parent of young children. I lose sleep at night, as you may do, in frustration, anger, and fear for my future, and more importantly, for my children's futures, and for yours too. Ultimately, we're all humans in this social experiment, and our survival, success, and the prospect of a better future for our children is in our hands. We have no choice now. None of us do. Whether in public service or as a private citizen. We are faced with an existential public health and economic crisis that have coalesced in a way that our Country has never faced. I respect liberty and the right to disagree, at times publicly, and to protect our freedoms. What I don't respect is dirty politics, personal attacks, self-serving mockumentary, hyperbole, or intentionally twisted and/or misleading political attacks that serve to do nothing more than to divide us when we need, more than ever, to find a way to be united. As I've stated, I don't know you. I've never met you. I harbor no judgment or preconceived notion of you. As best I can tell, you're a citizen who has volunteered for public service to make our County a better place for all of us. Perhaps we don't agree on policy, but I can agree that you want a better community for you, for me, for our children. I'm not interested in fueling a public feud with you. I'm a public servant, and endeavor to work my ass off for you and for the other 105,000 citizens of this County, for our businesses, for those that visit and recreate in our County. That's the beginning and end of my professional mission. I'm going to ask that you please join me in humanizing the political climate. You can call me any time at (410) 441-9361 – provided that if, as, or when you call, you're prepared to have a reasonable, civil, honest, and productive discourse. If you call, I'm going to ask in advance that we record the call, so that there's a record. I don't want you to take this as a concession, admission, or waiver. That's not the paradigm from which this communication is offered. What I'm trying to do is to head off conflict that is unnecessary and, ultimately, harmful – not just to one or the other of us, but to the greater community. I'm going to leave the ball in your court. You can either join me in civil and open discourse that grapples with the issues and results in potential solutions, or you can assume an adversarial posture, and burn the political and community collective to the foundation. The choice is yours to make. Choose wisely.

*Jason L. Allison*

Jason L. Allison, Esquire
County Attorney
Cecil County, Maryland

200 Chesapeake Blvd., Suite 2100
Elkton, Maryland 21921
PH:   (410) 996-8303
FAX:  (800) 863-0947
jallison@ccgov.org
Member, Maryland Bar

  

*"A [citizen] is the most important visitor on our premises, he is not dependent on us.  We are dependent on him.  He is not an interruption in our work.  He is the purpose of it.  He is not an outsider in our business.  He is part of it.  We are not doing him a favor by serving him.  He is doing us a favor by giving us an opportunity to do so."  -- Mahatma Gandhi*

The information in this message, and its attachments, is confidential and is covered by the attorney-client and attorney work product privileges.  This information is intended solely for the use of the individual(s) to whom this message is addressed.  You are hereby notified that any other use, dissemination, distribution, retention, or copying of this message is strictly prohibited. Please notify the sender immediately and delete this message if delivered to you in error.

**From:** Vincent S. Sammons <VSammons@VSSBusinessSolutions.com>
**Sent:** Tuesday, May 19, 2020 8:58 AM
**To:** Jason Allison <JAllison@ccgov.org>; James Massey <JMassey@ccgov.org>
**Cc:** Council Admin <CouncilAdmin@ccgov.org>; Jacqueline Covey <jcovey@chespub.com>
**Subject:** RE: Budget hearing / Silenced

**CAUTION:**  This email originated from outside of Cecil County IT Network Systems.  **Reminder:**  DO NOT click links or open attachments unless you recognize the sender and know that the content is safe.  Report any suspicious activities to the IT Department.

Thank you, that was most helpful.

*NOTE: **email communication will** generally be considered by courts to be **legally** binding.
Roth v AON Corporation (N.D. Ill. January 8, 2009)

Thank you,
Vincent S. Sammons
Phone: (610) 910-4018
Fax:    (410) 670-8310

This message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, print or disclose to anyone the message or any information contained in the message. If you have received this email in error, please advise the sender by reply and delete the message. Thank you for your cooperation.

**From:** Jason Allison <JAllison@ccgov.org>
**Sent:** Tuesday, May 19, 2020 8:38 AM
**To:** Vincent S. Sammons <VSammons@VSSBusinessSolutions.com>; James Massey <JMassey@ccgov.org>
**Cc:** Council Admin <CouncilAdmin@ccgov.org>; Jacqueline Covey <jcovey@chespub.com>
**Subject:** RE: Budget hearing / Silenced

This will be the last time I address these issues with you via email.  If you have other or further issue, then please use paper, pen, and USPS to the address below.

1. If you have filed an ethics complaint, then it is with the ethics commission.  I don't get involved with ethics matters unless or until the ethics commission consults me.  If you have filed a complaint, then you will get a written response from the ethics commission.  My recommendation is that you check with the Department of Human Resources if you have filed a complaint and want to check the status.

2. The budget hearing last Tuesday evening was, as I previously advised you, a County Council meeting.  If you have issue with the ability to comment during the meeting, then you should direct your question(s) to the Council manager or Council President.  It was their meeting, and they controlled the forum.

3. I have explained to you multiple times now that I have no jurisdiction over any candidates' campaign related social media.  When you initially reached out to me last year, I looked into the matter, and determined that the County Executive's Facebook page did not clearly indicate that it was a campaign site, and not a site affiliated with County government.  As such, I advised that he should either permit all individuals to post comments, or not allow anyone to comment.  Since then, the County Executive has changed his Facebook page such that it is now clearly campaign related.  That act takes it outside my jurisdiction.  For comparison, I have no jurisdiction to dictate what you post to your personal Facebook page, or if you run for a second term on the Republican Central Committee, on your campaign related social media.  Same principle applies here.

I'm finished communicating with you on these matters at this time.  As stated above, any other or further communication to me must be in paper writing.

*Jason L. Allison*

Jason L. Allison, Esquire
County Attorney
Cecil County, Maryland
200 Chesapeake Blvd., Suite 2100
Elkton, Maryland 21921
PH:   (410) 996-8303
FAX:  (800) 863-0947
jallison@ccgov.org
Member, Maryland Bar

  

*"A [citizen] is the most important visitor on our premises, he is not dependent on us.  We are dependent on him.  He is not an interruption in our work.  He is the purpose of it.  He is not an outsider in our business.  He is part of it.  We are not doing him a favor by serving him.  He is doing us a favor by giving us an opportunity to do so."  -- Mahatma Gandhi*

The information in this message, and its attachments, is confidential and is covered by the attorney-client and attorney work product privileges.  This information is intended solely for the use of the individual(s) to whom this message is addressed.  You are hereby notified that any other use, dissemination, distribution, retention, or copying of this message is strictly prohibited. Please notify the sender immediately and delete this message if delivered to you in error.

**From:** Vincent S. Sammons <VSammons@VSSBusinessSolutions.com>
**Sent:** Tuesday, May 19, 2020 8:29 AM
**To:** Jason Allison <JAllison@ccgov.org>; James Massey <JMassey@ccgov.org>
**Cc:** Council Admin <CouncilAdmin@ccgov.org>; Jacqueline Covey <jcovey@chespub.com>
**Subject:** RE: Budget hearing / Silenced

**CAUTION:**  This email originated from outside of Cecil County IT Network Systems.  **Reminder:**  DO NOT click links or open attachments unless you recognize the sender and know that the content is safe.  Report any suspicious activities to the IT Department.

Jason,

I am only trying to get clarity on where my complaints stand. Can you please spell it out for me in common language if you will?  You have been very ambiguous in your response's since many times you have been off topic and not even related to my initial complaints.   They started off as only 2 then you added the 3ʳᵈ to the conversation about the ethic complaint which is a different matter but will include it now that you added it.

To be clear, I can care less about any personal things you may be trying to feed into this but more so about your role in our government. I simply emailed a complaint and want a response on receipt and who will be handling the complaint and when I should expect an official response. It is that simple. When I did not receive any response I added you to the email to pursue as this would be problematic legally as the county did not respond and should.  If you (or someone within the county) can answer these questions I would be most grateful.

I am merely a citizen that was wronged by our local government and want it looked into. That is all.

My complaints:

1.    Blocked from speaking at Public Meeting and video feed shut down while others were permitted.

2.    Being BLOCKED from official County Executive social media page (Facebook) while others are not.

3.    Ethics Complaint for unethical practices in our government by Council Member George Patchell.

All I want and need is who is handling these complaints, when should I expect these to be officially  address? Can someone in the county government simply answer this? It should not be that complicated.  I will continue until someone is able to answer theses basic questions.

Note: the fact you continue to copy the press you are also in violation of that same ethics code, are you not?

Thank you,
Vincent S. Sammons
Phone: (610) 910-4018
Fax:     (410) 670-8310

This message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, print or disclose to anyone the message or any information contained in the message. If you have received this email in error, please advise the sender by reply and delete the message. Thank you for your cooperation.

**From:** Jason Allison <JAllison@ccgov.org>
**Sent:** Tuesday, May 19, 2020 8:08 AM
**To:** Vincent S. Sammons <VSammons@VSSBusinessSolutions.com>; James Massey <JMassey@ccgov.org>
**Cc:** Council Admin <CouncilAdmin@ccgov.org>; Jacqueline Covey <jcovey@chespub.com>
**Subject:** RE: Budget hearing / Silenced

Sir:

First, no – to all of your assertions.  I don't make any of those decisions.

Second, I informed you several times about your duty of confidentiality regarding ethics matters, and per your request, I cited authority and quoted it verbatim.  Yet, you continue to act in derogation of the Ethics Code.

Third, I don't appreciate your attempt to personalize whatever issue(s) you have with County government.  I don't know you, I've never met you, and I have no axe to grind with you.  I'm going to ask you again to please cease and desist this caustic and unproductive communication.  In common language:  Knock it off.

Thank you kindly.

*Jason L. Allison*

Jason L. Allison, Esquire
County Attorney
Cecil County, Maryland
200 Chesapeake Blvd., Suite 2100
Elkton, Maryland 21921
PH:   (410) 996-8303
FAX:  (800) 863-0947
jallison@ccgov.org
Member, Maryland Bar





*"A [citizen] is the most important visitor on our premises, he is not dependent on us.  We are dependent on him.  He is not an interruption in our work.  He is the purpose of it.  He is not an outsider in our business.  He is part of it.  We are not doing him a favor by serving him.  He is doing us a favor by giving us an opportunity to do so." -- Mahatma Gandhi*

The information in this message, and its attachments, is confidential and is covered by the attorney-client and attorney work product privileges.  This information is intended solely for the use of the individual(s) to whom this message is addressed.  You are hereby notified that any other use, dissemination, distribution, retention, or copying of this message is strictly prohibited. Please notify the sender immediately and delete this message if delivered to you in error.

**From:** Vincent S. Sammons <VSammons@VSSBusinessSolutions.com>
**Sent:** Tuesday, May 19, 2020 7:18 AM
**To:** Jason Allison <JAllison@ccgov.org>; James Massey <JMassey@ccgov.org>
**Cc:** Council Admin <CouncilAdmin@ccgov.org>; Jacqueline Covey <jcovey@chespub.com>
**Subject:** RE: Budget hearing / Silenced

**CAUTION:**  This email originated from outside of Cecil County IT Network Systems.  **Reminder:**  DO NOT click links or open attachments unless you recognize the sender and know that the content is safe.  Report any suspicious activities to the IT Department.

Jason - to be clear,

        you and you alone, have determined the 3 complaints I brought to the attention of Cecil County government is moot?

9

1.    Blocked from speaking at Public Meeting and video feed shut down while others were permitted.

2.    Being BLOCKED from official County Executive social media page (Facebook) while others are not.

3.    Ethics Complaint for unethical practices in our government by Council Member George Patchell.

Thank you,
Vincent S. Sammons
Phone: (610) 910-4018
Fax:    (410) 670-8310

This message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, print or disclose to anyone the message or any information contained in the message. If you have received this email in error, please advise the sender by reply and delete the message. Thank you for your cooperation.

**From:** Jason Allison <JAllison@ccgov.org>
**Sent:** Monday, May 18, 2020 7:51 PM
**To:** Vincent S. Sammons <VSammons@VSSBusinessSolutions.com>; James Massey <JMassey@ccgov.org>
**Cc:** Council Admin <CouncilAdmin@ccgov.org>; Jacqueline Covey <jcovey@chespub.com>
**Subject:** RE: Budget hearing / Silenced

Mr. Sammons:

You're entitled to your opinion, regardless of how off base it may be.  As I said, I'm not going to debate you.  I'm legally and morally on-point, and I desire no animosity with a citizen of this County, whether it be you or anyone else.  Best wishes.

*Jason L. Allison*

Jason L. Allison, Esquire
County Attorney
Cecil County, Maryland
200 Chesapeake Blvd., Suite 2100
Elkton, Maryland 21921
PH:   (410) 996-8303
FAX:  (800) 863-0947
jallison@ccgov.org
Member, Maryland Bar

  

*"A [citizen] is the most important visitor on our premises, he is not dependent on us.  We are dependent on him.  He is not an interruption in our work.  He is the purpose of it.  He is not an outsider in our business.  He is part of it.  We are not doing him a favor by serving him.  He is doing us a favor by giving us an opportunity to do so."  -- Mahatma Gandhi*

The information in this message, and its attachments, is confidential and is covered by the attorney-client and attorney work product privileges.  This information is intended solely for the use of the individual(s) to whom this message is addressed.  You are hereby notified that any other use, dissemination, distribution, retention, or copying of this message is strictly prohibited. Please notify the sender immediately and delete this message if delivered to you in error.

**From:** Vincent S. Sammons <VSammons@VSSBusinessSolutions.com>
**Sent:** Monday, May 18, 2020 5:51 PM
**To:** Jason Allison <JAllison@ccgov.org>; James Massey <JMassey@ccgov.org>
**Cc:** Council Admin <CouncilAdmin@ccgov.org>; Jacqueline Covey <jcovey@chespub.com>
**Subject:** RE: Budget hearing / Silenced

CAUTION:  This email originated from outside of Cecil County IT Network Systems.  **Reminder:** <u>DO NOT</u> click links or open attachments unless you recognize the sender and know that the content is safe.  Report any suspicious activities to the IT Department.

Jason,

Your concept of campaign media being "outside your purview" went out the window as soon as Dr. McCarthy used the page in his official capacity as County Executive.  As such the courts have rightly held, that every time Dr McCarthy controls or uses this page in his official capacity he is in fact regulated by the restrictions placed upon governments regarding 1st amendment rights.   More specifically, the court recognized that when a public official uses a Facebook page as a tool of governance — that is, when Dr McCarthy uses it to inform the public about his government work, promotes the work of department heads under his charge or solicits input on policy issues through the page, he is controlling the page as a government actor,  and as such are restricted from controlling free speech. Furthermore, when a government official uses any equipment owned by the government entity, such as lap top or cell phone, or has government staff, in the performance of their duties, controlling or providing content to that page they are acting as a government actor.   Clearly the County has exposure here because they are allowing their employees, equipment, and staff to perpetuate

very clear and obvious violations of my 1st amendment rights.  I think that is within your purview as County solicitor.

The Republican Central Committee falls under the auspicious of the State Ethics board and not Cecil County.   Furthermore it is preposterous to suggest that I am somehow bound to some type of confidentiality based upon your code.  You are clearly ignoring the precedence your very own ethics board has started when it previously released information regarding participants.  To the point however, your ethics board conducted their review and wrongfully concluded that no violation existed.  You cannot simply conduct a sham of a review, and then tell the complainant that they cannot take the issue to another venue, which would include going public.  Furthermore, there is no law that says my concerns have to go before an ethics board.  I am always afforded the option to speak my mind and go public if I so choose.  What is really sad is that your own code states: "Cecil County, recognizing that our system of representative government is dependent in part upon the people maintaining the highest trust in their public officials and employees, finds and declares that the people have a right to be assured that the impartiality and independent judgment of public officials and employees will be maintained."  It goes on to also state that the ethics code will be "liberally construed to accomplish this purpose."  That clearly does not happen in Cecil County and you as County solicitor have clearly lost your way in upholding your oath of office.   Unfortunately, many in County Government have been there for too long and have forgotten the principle found in the County Code that states.  "It is evident that this confidence and trust is eroded when the conduct of the County's business is subject to improper influence and even the appearance of improper influence."  I on the other hand are optimistic that this is about to change.  However, knowing how the county conducts its business on these matters, if you somehow attempt to extrapolate that I am regulated by these flawed standards in your code, then I am hereby notifying you that I am a whistleblower and protected from any discipline or retaliatory actions on the part of the County Elected Officials, employees or agents thereof.

I still demand the answer why I was singled out to have my video feed turned off and not allot enough time to unmute to have had my actual voice heard during the Online budget meeting that still has not been addressed. I still demand that McCarthy's County Executive social media page be made available for public comment based on the facts I stated above and in prior emails.

In closing, If you think I have violated some "law" I would expect you take action, but be careful it could also be mistaken as political retribution by the administration you represent. Please note, my initial engagements were for complaints that you were very quick to dismiss and skew my original complaints with some makeshift counter complaints of your own. As a constituent, I would expect you to take my complaints seriously without countering me with attacks and get to the bottom of it. Please focus on my original complaint(s).

Thank you,
Vincent S. Sammons
Phone: (610) 910-4018
Fax:     (410) 670-8310

This message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, print or disclose to anyone the message or any information contained in the message. If you have received this email in error, please advise the sender by reply and delete the message. Thank you for your cooperation.

---

**From:** Jason Allison <JAllison@ccgov.org>
**Sent:** Monday, May 18, 2020 4:19 PM
**To:** Vincent S. Sammons <VSammons@VSSBusinessSolutions.com>; James Massey <JMassey@ccgov.org>
**Cc:** Council Admin <CouncilAdmin@ccgov.org>; Jacqueline Covey <jcovey@chespub.com>
**Subject:** RE: Budget hearing / Silenced

Mr. Sammons:

First, my position has not been aggressive at all.  Rather, it has been informative.  I have, and will continue to, act within the confines of the jurisdiction conferred to me as an appointed County official under State and local law.  Regulation of an individual's candidate page on social media, which is not an instrumentality of County government, is beyond my purview.  That is not an aggressive or partisan position, it is fact.

Second, you are a member and Chairperson of the Cecil County Republic Central Committee.  Members of the Cecil County Republican Central Committee are elected every four years, in the same cycle as elections for Governor.  As an elected official, you are subject to the Cecil County Ethics Code, which is codified as § 39 of the Cecil County Code.  Again, that is not an aggressive or partisan position, it is fact.

Third, § 39-10(H) of the Cecil County Code states as follows:  "After a complaint is filed and until a final finding of a violation by the Commission, all actions regarding a complaint are confidential. Notwithstanding any other provision of the law to the contrary, upon the filing of a complaint, and unless and until a finding of violation has been made, the proceedings, meetings, and activities of the Commission and its employees in connection with the complaint shall be conducted in a confidential manner. The Commission, its staff, counsel, the complainant and the respondent shall not disclose any information relating to the complaint, including the identity of the complainant and the respondent, except that the Commission may release any information at any time if the respondent has, in writing, agreed to said release." (emphasis supplied).  This is not the first time that you have made disclosures that are arguably in derogation of § 39-10(H) of the Cecil County Code.  Again, that is not an aggressive or partisan position, it is fact.

Finally, I am aware of the substantial partisan politicking that you are engaged in on your various social media sites.  It appears that you are doing so outside the scope of your official duties as a member of the Republican Central Committee.  If that is the case, then this gives cause for concern because as an elected official, you cannot divorce your public personal attacks and endorsements from your duty as an elected official (and Chairperson) of the Republican Central Committee.  Moreover, if you are conducting this activity under color of your position on the Republican Central Committee, then I sincerely hope that you are tracking your time and reporting it as "in-kind" contributions of the RCC on campaign finance filings with the State of Maryland.  In fact, since the issue of transparency works both ways, by copy of this email to you, I request thorough responses, with supporting documentation, to the foregoing questions/issues.

In closing, I am not going to argue this in the court of public opinion, or expend further time with your demeaning emails, false accusations, or misstatements of fact.  I do not believe that I have in any way violated a legal or ethical obligation in the conduct of our correspondence.  Notwithstanding, if you feel aggrieved, then

13

you obviously have the right to take such steps as are reasonably and lawfully available to obtain redress.  I am putting you on notice, however, that I will not tolerate abusive or defamatory behavior, as it is unproductive, destructive, and uncivil.  I trust that you will comport yourself accordingly.

*Jason L. Allison*

Jason L. Allison, Esquire
County Attorney
Cecil County, Maryland
200 Chesapeake Blvd., Suite 2100
Elkton, Maryland 21921
PH:   (410) 996-8303
FAX:  (800) 863-0947
jallison@ccgov.org
Member, Maryland Bar

  

*"A [citizen] is the most important visitor on our premises, he is not dependent on us.  We are dependent on him.  He is not an interruption in our work.  He is the purpose of it.  He is not an outsider in our business.  He is part of it.  We are not doing him a favor by serving him.  He is doing us a favor by giving us an opportunity to do so."  -- Mahatma Gandhi*

The information in this message, and its attachments, is confidential and is covered by the attorney-client and attorney work product privileges.  This information is intended solely for the use of the individual(s) to whom this message is addressed.  You are hereby notified that any other use, dissemination, distribution, retention, or copying of this message is strictly prohibited. Please notify the sender immediately and delete this message if delivered to you in error.

**From:** Vincent S. Sammons <VSammons@VSSBusinessSolutions.com>
**Sent:** Monday, May 18, 2020 11:16 AM
**To:** Jason Allison <JAllison@ccgov.org>; James Massey <JMassey@ccgov.org>
**Cc:** Council Admin <CouncilAdmin@ccgov.org>; Jacqueline Covey <jcovey@chespub.com>
**Subject:** RE: Budget hearing / Silenced

**CAUTION:** This email originated from outside of Cecil County IT Network Systems.  **Reminder:** DO NOT click links or open attachments unless you recognize the sender and know that the content is safe.  Report any suspicious activities to the IT Department.

Hello Jason,

I am only following the ethic standard the current ethics board is fostering. I am not an election official, I am representing a party not constituents at large nor taxes and laws as you are suggesting. You may want to get your law books out again and check on that. The same rules are not applied to me as the County Executive and County Council members and yourself who represent constituents at large. If you believe there was some sort of ethics violation I would suggest you file something on your behalf.

Again, I ask for precedence on the blocking me on social media and also on the Public Meeting on the budget. I had the right to have me voice heard and was denied, my video feed was intentionally blocked right after I saw Al Wien speaking to McCarthy and then Wien went over and spoke to someone else. As I have enclosed in prior correspondence Alan McCarthy used his current County Executive Facebook page to disseminate information for the county as "The County Executive". I was block prior to him announcing his re-election bid and you concurred after some convincing from the State to make him allow me to comment. Later after he announced he was running again I was blocked once again. My case and point being there was a precedent that it was indeed used for county business prior to election season. It is indeed an county used resource and I am not to be denied to comment, nor should any other constituent.

You have had an aggressive stance from almost every request I have made in the past with the county. Always dragging your feet or some excuse on why you are not able to do something. Matter of fact, I had to get the state involved a few times to get your people to comply with my request.  I think you need to come to the realization you also work for me as a citizen and I expect to get some answers on WHY and HOW I was denied to speak and my video feed closed down while others were allowed to be on during the public "meeting". These are civil rights violations and should not be taken lightly.  If I do not get a legitimate response I will have no other option than to contact the Maryland State Bar to file a complaint about your conduct and contact other agencies yet again to force you to comply to this legitimate and respectful request.

The press has the right to know about what is being filed and why these are ethics charges continue to be denied and being buried. More transparency is good for everyone.

Thank you,
Vincent S. Sammons
Phone: (610) 910-4018
Fax:      (410) 670-8310



This message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, print or disclose to anyone the message or any information contained in the message. If you have received this email in error, please advise the sender by reply and delete the message. Thank you for your cooperation.

**From:** Jason Allison <JAllison@ccgov.org>
**Sent:** Monday, May 18, 2020 9:59 AM
**To:** Vincent S. Sammons <VSammons@VSSBusinessSolutions.com>; James Massey <JMassey@ccgov.org>
**Cc:** Council Admin <CouncilAdmin@ccgov.org>; Jacqueline Covey <jcovey@chespub.com>
**Subject:** RE: Budget hearing / Silenced

Mr. Sammons:

First, I've already explained to you that County government has no jurisdiction over an elected official's campaign media. I'm not going to entertain further inquiry in that regard, as it is outside my purview.

Second, you are bound by the confidentiality provisions codified at Section 39-10 of the Cecil County Code. The fact that you have copied a reporter for the Cecil Whig on your email is highly questionable. You are a public official (member of the Republican Committee for Cecil County) and you have a heightened duty to abide by all laws. I strongly advise you not to try your allegations in the court of public opinion, as doing so will be in violation of our local Ethics Code and your oath of office. If you have questions, then you should submit them privately to the Ethics Commission, and an authorized representative will respond to you in due course.

Thank you in advance.

*Jason L. Allison*

Jason L. Allison, Esquire
County Attorney
Cecil County, Maryland
200 Chesapeake Blvd., Suite 2100
Elkton, Maryland 21921
PH:   (410) 996-8303
FAX:  (800) 863-0947
jallison@ccgov.org
Member, Maryland Bar

  

*"A [citizen] is the most important visitor on our premises, he is not dependent on us. We are dependent on him. He is not an interruption in our work. He is the purpose of it. He is not an outsider in our business. He*

*is part of it.  We are not doing him a favor by serving him.  He is doing us a favor by giving us an opportunity to do so."  -- Mahatma Gandhi*

The information in this message, and its attachments, is confidential and is covered by the attorney-client and attorney work product privileges.  This information is intended solely for the use of the individual(s) to whom this message is addressed.  You are hereby notified that any other use, dissemination, distribution, retention, or copying of this message is strictly prohibited. Please notify the sender immediately and delete this message if delivered to you in error.

**From:** Vincent S. Sammons <VSammons@VSSBusinessSolutions.com>
**Sent:** Monday, May 18, 2020 8:51 AM
**To:** James Massey <JMassey@ccgov.org>; Jason Allison <JAllison@ccgov.org>
**Cc:** Council Admin <CouncilAdmin@ccgov.org>; Jacqueline Covey <jcovey@chespub.com>
**Subject:** RE: Budget hearing / Silenced

**CAUTION:**  This email originated from outside of Cecil County IT Network Systems.  **Reminder:**  DO NOT click links or open attachments unless you recognize the sender and know that the content is safe.  Report any suspicious activities to the IT Department.

To whom it may concern,

I have not received any response on this complaint. I would like to understand why this happened to me and not others. I also want to understand the legal precedence on the ability for McCarthy to continue to shut down constituents freedom of speech by blocking folks (including myself) on his County Executive Facebook page for months. This seems to be a pattern that no one in the County government has the courage to address. I expect to have the freedom to comment on our elected official's social media page as others do.

Thank you,
Vincent S. Sammons
Phone: (610) 910-4018
Fax:     (410) 670-8310

This message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, print or disclose to anyone the message or any information contained in the message. If you have received this email in error, please advise the sender by reply and delete the message. Thank you for your cooperation.

**From:** Vincent S. Sammons
**Sent:** Wednesday, May 13, 2020 7:11 AM
**To:** 'jmassey@ccgov.org' <jmassey@ccgov.org>
**Cc:** 'council@ccgov.org' <council@ccgov.org>
**Subject:** Budget hearing / Silenced
**Importance:** High

To whom it may concern,

I was very disappointed on the abuse of technology to subdue my freedom of speech and the opportunity to interject and speak about the pending budget.  I and others have been blocked from the County Executive social media page that I have officially communicated to the county twice on this matter, The first time the county attorney corrected it and the second time he made some lame legal opinion on why he can block others. To this day I remained blocked from commenting and correcting the County Executive on his false messages to the public while his cheerleaders sing him praise.

Never the less, last night I wanted to speak out on how embarrassed I was to call these elected official Republicans due to their liberal tax and spend policies and I did not want the taxes to go up yet again. I also had a video feed up during the meeting that had several signs made that reflected my opinions on this that was later silenced as McCarthy did not like the fair but negative messaging. Meanwhile, The "YES to Southfields" video feed was allowed to continue throughout the online session.   I was "given an opportunity" to speak last night however my mic was open so briefly the time I unmuted my mic the "opportunity" was over.  The host has to open the mic and then the recipient has to also unmute manually the mic in order to talk. I had to click on a box to say yes unmute my mic and then had to go and unmute again on my interface to talk.

In closing, I would like for the county Executive to UNBLOCK EVERYONE (not only me) and be allowed to have our voices back and give him the criticism he is deserving of on his tax and spend policies.

Message I received when my video was blocked:



Thank you,
Vincent S. Sammons
Phone: (610) 910-4018
Fax:    (410) 670-8310

This message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, print or disclose to anyone the message or any information contained in the message. If you have received this email in error, please advise the sender by reply and delete the message. Thank you for your cooperation.

Cecil County Government, Customer Service Survey

The Information contained in this communication may be confidential, is intended only for the use of the recipient named above and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system.

Thank you.

Cecil County Government, Customer Service Survey

The Information contained in this communication may be confidential, is intended only for the use of the recipient named above and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system.

Thank you.

Cecil County Government, Customer Service Survey

The Information contained in this communication may be confidential, is intended only for the use of the recipient named above and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system.

Thank you.

Cecil County Government, Customer Service Survey

The Information contained in this communication may be confidential, is intended only for the use of the recipient named above and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system.

Thank you.

Cecil County Government, Customer Service Survey

The Information contained in this communication may be confidential, is intended only for the use of the recipient named above and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system.

Thank you.

Cecil County Government, Customer Service Survey

The Information contained in this communication may be confidential, is intended only for the use of the recipient named above and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system.

Thank you.



Cecil County Government, Customer Service Survey

The Information contained in this communication may be confidential, is intended only for the use of the recipient named above and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system.

Thank you.



Cecil County Government, Customer Service Survey

The Information contained in this communication may be confidential, is intended only for the use of the recipient named above and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system.

Thank you.