**THE SHEPARD LAW FIRM, LLC**

122 Riviera Drive
Pasadena, Maryland 21122
Phone (410) 255-0700
Facsimile (443) 773-1922

Ray M. Shepard
Ray@Shepard.Law

Maryland
Virginia
West Virginia
Washington D.C.

October 5, 2020

**VIA CERTIFIED MAIL**

County Council of Cecil County
County Administration Building
200 Chesapeake Blvd., Suite 2110
Elkton, Maryland 21921

Re: Notice of Claims Pursuant to Md. Courts & Judicial Proceedings Code § 5-304(b)

Dear County Council,

Please be advised that I have been retained to represent Mr. Vincent Sammons in connection with violations of his Constitutional rights under the First and Fourteenth Amendments to the U.S. Constitution and Article 40 of the Maryland Declaration of Rights. Mr. Sammons suffered three varieties of rights deprivation, the essentials of which are described below:

Blocked from McCarthy Facebook Page

When: In or about March 2020 and continuing until at least May 18, 2020.
Place: The "Dr. Alan McCarthy Cecil County Executive" Facebook Page.
Nature of violation: Mr. Sammons' freedom of speech rights were violated when he was "blocked" from commenting on the Dr. Alan McCarthy Cecil County Executive Facebook page. This constitutes the second time Mr. Sammons has been barred from utilizing and communicating on this public forum. The Dr. Alan McCarthy Cecil County Executive Facebook page was at all relevant times a public forum because Mr. McCarthy was identified on the social media page with the public position that he held and the web page contained Cecil County seals, symbols and logos. Additionally, McCarthy used the Dr. Alan McCarthy Cecil County Executive Facebook page to publish official business that he conducted in his capacity as county executive and to communicate with constituents in his role as county executive. McCarthy maintained a separate private Facebook page and he used governmental work time, facilities, and resources to maintain the county executive social media page. Persons involved in this violation include Jennifer Lyall, Jason Allison, and Alan McCarthy.

Exhibit 7

## Blocked from participating in Public Budget Meeting

When: May 12, 2020.

Place: Cecil County public budget meeting conducted via internet conferencing software.

Nature of violation: Mr. Sammons' freedom of speech rights were violated when he was "blocked" from participating in the public meeting. Mr. Sammons' video feed was shut down or hidden so that other participants could not see or hear Mr. Sammons and he was not permitted to comment or interact with anyone during the meeting. The budget meeting by law was open to the public and was a public forum for First Amendment purposes, and the county executive and others engaged in unconstitutional viewpoint discrimination when Mr. Sammons was banned from that forum, while other constituents who had more favorable views of the county executive were permitted to remain in the forum and participate in the meeting. Persons involved in this violation include: Alan McCarthy, Alfred Wien, Maggie D. Tome, and Robert Meffley.

## Blocked from Cecil County Email System

When: May 19, 2020 through June 15, 2020.

Place: Cecil County Email System

Nature of violation: During the period above and at the direction of Jason Allison, all emails from Mr. Sammons to any recipient within the Cecil County government were blocked or redirected so that they never reached their intended recipients. Mr. Sammons appears to be the victim of unconstitutional viewpoint discrimination. In an astonishing written admission, Jason Alison says to Mr. Sammons, "I'm going to advise IT to block you from all communication with County agencies" simply because Mr. Sammons was attempting to complain about what happened to him during the Public Budget Meeting and on McCarthy's public Facebook Page. Persons involved in this violation include: Jason Allison, Alan McCarthy, Robert Meffley, Alfred Wein, Deborah Sniadowski, and Brian F. Miller.

In anticipation of litigation, please take all actions necessary to immediately suspend all automatic destruction of records policies that might destroy relevant evidence while this case is pending, including electronically stored information on any Cecil County government server, hard drive or other computer system or private computer used to conduct the public business of Cecil County government. Additionally, please take steps immediately to preserve all relevant electronic data and communications made concerning government matters or made on Cecil County government computers or other electronic devices, such as IPads and smart phones. Failure to properly preserve relevant evidence may lead to severe sanctions imposed by the court and, in some cases, criminal liability.

Respectfully,

Ray M. Shepard, Esq.

cc:    Mr. Sammons
       File

**UNITED STATES POSTAL SERVICE.**

PASADENA
4301 MOUNTAIN RD
PASADENA, MD 21122-9998
(800)275-8777

10/05/2020                                    03:53 PM
--------------------------------------
Product          Qty    Unit      Price
                        Price
--------------------------------------
First-Class Mail®   1            $0.55
Letter
    Elkton, MD  21921
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
    Thu 10/08/2020
    Certified Mail®                  $3.55
        Tracking #:
        70132630000024380029
    Return Receipt                   $2.85
        Tracking #:
        9590 9402 5795 0034 8253 45
Total
                                     $6.95

American Gardens   1    $11.00     $11.00

--------------------------------------
Grand Total:                       $17.95
--------------------------------------
Debit Card Remitted                $17.95
    Card Name: VISA
    Account #: XXXXXXXXXXXXX3091
    Approval #
    Transaction #: 702
    Receipt #: 018235
    Debit Card Purchase: $17.95
    AID: A0000000980840        Chip
    AL: US DEBIT
    PIN: Verified
--------------------------------------

************************************************
    Due to limited transportation
    availability as a result of
    nationwide COVID-19 impacts
    package delivery times may be
    extended. Priority Mail Express®
        service will not change.
************************************************

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Elkton, MD 21921           OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | $2.85 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ |

Postmark Here    10/05/2020

Sent To
*Bob Meffley*
Street, Apt. No.; or PO Box No. *200 Chesapeake Blvd, Ste 2110*
City, State, ZIP+4 *Elkton MD 21921*

PS Form 3800, August 2006          See Reverse for Instructions

7013 2630 0000 2438 0029

# USPS Tracking®

FAQs >

## Track Another Package +

Remove ✕

**Tracking Number:** 70132630000024380029

Your item was delivered to the front desk, reception area, or mail room at 10:54 am on October 8, 2020 in ELKTON, MD 21921.

## ✅ Delivered

October 8, 2020 at 10:54 am
Delivered, Front Desk/Reception/Mail Room
ELKTON, MD 21921

**Get Updates** ⌄

---

**Text & Email Updates**                                            ⌄

---

**Tracking History**                                                ⌄

---

**Product Information**                                             ⌄

---

See Less ⌃

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Bob Meffley
County Council of Cecil County
County Administration Bldg.
200 Chesapeake Blvd, Ste 2110
Elkton, MD 21921

9590 9402 5795 0034 8253 45

2. Article Number *(Transfer from service label)*

7013 2630 0000 2438 0029

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *B. MEFFLEY*

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

*BTD    C-8*

C. Date of Delivery

10/8/20

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
  Delivery
☐ Return Receipt for
  Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation
  Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt