IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

VINCENT SAMMONS

      Plaintiff,

v.

ALAN J. MCCARTY., *et al.,*

      Defendants.

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

*

*      Case No. 1:21-cv-03010

*

*

## MEMORANDUM OPINION

The court has before it a Motion and Notice to the Court filed by George E. McDermott (ECF 66; the "Motion").  No hearing is necessary.  *See* Local Rule 105.6.

## BACKGROUND

Mr. McDermott has filed a multitude of motions and other papers in this action, which the court has previously considered and adjudicated.  (ECF 47, 48, 55, 56.)  In the instant Motion, Mr. McDermott refers to himself as "intervenor/appellant."  The court notes Mr. McDermott appealed this court's previous denial of his request to intervene to the United States Court of Appeals for the Fourth Circuit, and filed in this action an order of that court confirming his entitlement to proceed *in forma pauperis*.  (ECF 65.)

## THE MOTION

As best the court is able to discern, Mr. McDermott asserts many of the same complaints and demands he previously set forth in papers he filed in this action.  Importantly, Mr. McDermott's request to intervene in this action, as of right or with permission, have been denied, as has his requests for reconsideration of same.  (ECF 47, 48, 55, 56).  Although Mr. McDermott

is not a party to this action, the Motion appears to demand that the court transmit court papers for filing on his behalf to the United States Court of Appeals for the Fourth Circuit. As a trial court, this court and its judges must remain impartial; and while the court generally seeks to ensure full access to self-represented parties, the court is constrained from assisting or providing any advantage to one party or another, including those who come to the court as self-represented individuals. Inasmuch as Mr. McDermott has filed an appeal and obtained *in forma pauperis* status, the court concludes that he understands how to file papers and has successfully obtained access to that court process. Therefore, the court denies Mr. McDermott's request for what, in essence, amounts to assistance of a clerical and legal nature. Mr. McDermott also appears to request that this court review the rulings and general outcome of Case 16-cv-00762. As a trial court, and not an appellate court, this court does not have authority to review the decisions or outcomes in another action of this court for purposes of reversing or otherwise changing the outcome, which is what Mr. McDermott appears to request. Therefore, that request is denied.

The court broadly construes the remainder of Mr. McDermott's Motion as a request to intervene and/or to reconsider this court's previous denials of same. The Motion presents no new grounds on which Mr. McDermott might seek to intervene or request reconsideration of his past requests to intervene. The court, therefore, commends to Mr. McDermott's attention the memoranda at ECF 47 and 55. By separate order issued herewith, the court will deny the Motion.

## **CONCLUSION**

For the reasons set forth herein, the Motion is **DENIED**.

.

2

_/s/ Julie R. Rubin_____
United States District Judge