**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

___ FILED   ___ ENTERED
___ LODGED   ___ RECEIVED

APR 1 3 2026

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY

| | | |
|---|---|---|
| VINCENT S. SAMMONS | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:20-cv-03010-JRR |
| CECIL COUNTY, MARYLAND, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FINAL VERDICT SHEET

The jury should answer the following questions unanimously.

---

## PART ONE: LIABILITY

---

### FEDERAL CLAIMS — 42 U.S.C. § 1983

### Count III — First Amendment (Email Blocking / Retaliation)

**1A.** Has Plaintiff proven, by a preponderance of the evidence, that Defendant McCarthy (in his official capacity) violated his First Amendment rights?

YES _____      NO ____✗_____

**1B.** Has Plaintiff proven, by a preponderance of the evidence, that Defendant Allison (in his official capacity) violated his First Amendment rights?

YES ____✗_____      NO _____

---

### STATE LAW CLAIMS — ARTICLE 40

### Count V — Article 40 (Budget Meeting — Video Disruption)

**2A.** Has Plaintiff proven, by a preponderance of the evidence, that Cecil County violated his rights under Article 40?

YES ____✗_____      NO _____

**2B.** Has Plaintiff proven, by a preponderance of the evidence, that McCarthy violated Article 40?

YES _____      NO ____✗_____

**2C.** Has Plaintiff proven, by a preponderance of the evidence, that Wein violated Article 40?

YES ____✗_____      NO _____

**Count VI — Article 40 (Email Blocking / Retaliation)**

**3A.** Has Plaintiff proven, by a preponderance of the evidence, that Cecil County violated Article 40?

YES _____X_____          NO _____

**3B.** Has Plaintiff proven, by a preponderance of the evidence, that McCarthy violated Article 40?

YES _____          NO _____X_____

**3C.** Has Plaintiff proven, by a preponderance of the evidence, that Allison violated Article 40?

YES _____X_____          NO _____

---

**IF YOU ANSWERED "NO" TO ALL QUESTIONS IN PART ONE, STOP HERE AND INFORM THE BAILIFF THAT YOU HAVE REACHED A VERDICT. IF YOU ANSWERED "YES" TO ANY QUESTION IN PART ONE, PROCEED TO PART TWO.**

## PART TWO: DAMAGES

Answer Part Two only for defendants as to whom you found liability in Part One.

You may award either compensatory damages or nominal damages, but not both, for any given injury. Do not award compensatory damages more than once for the same injury. If you find that the same injury resulted from conduct giving rise to both a federal claim and a state claim, award a single compensatory amount for that injury and note it where indicated below.

**Federal Claim (Count III Only)**

**Count III — Email Blocking / Retaliation**

Compensatory Damages (if any — if none, enter $0):

$ _____25,000_____

Nominal Damages (only if you found a violation but no compensatory harm — enter $1 or another nominal amount, or $0 if not applicable):

$ _____0_____

**State Law Claims (Counts V and VI)**

Complete this section **ONLY** for defendants you found liable in Part One.

**Count V — Video Disruption**

Compensatory Damages (if any — if none, enter $0):

$ _____0_____

Nominal Damages (only if you found a violation but no compensatory harm — enter $1 or another nominal amount, or $0 if not applicable):

$ _____100,000_____

**Count VI — Email Blocking / Retaliation**

Compensatory Damages (if any — if none, enter $0; **Recall, the jury may not award additional compensatory damages for Count VI if you already awarded compensatory damages for the email-blocking claim under Count III above**):

$ _____ 0 _____

Nominal Damages (only if you found a violation but no compensatory harm — enter $1 or another nominal amount, or $0 if not applicable):

$ _____ 100,000 _____

---

**Punitive Damages (Counts V and VI only)**

Punitive damages may be awarded only under the state law claims (Counts V and VI) if the jury finds actual malice by clear and convincing evidence. They may not be awarded on the federal claim (Count III). Complete this section **ONLY** if you found an individual defendant liable under Count V or VI.

**Count V**

Punitive Damages (if any — if none, enter $0):

McCarthy: $ _____ 0 _____

**Count VI**

Punitive Damages (if any — if none, enter $0):

McCarthy: $ _____ 0 _____

Allison: $ _____ 25,000 _____

SIGNATURE REDACTED

_____ 1/10/2026

Foreperson

SIGNATURE REDACTED